2 CV 02819

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 02819

CONCERNED CITIZEN
ENVIRONMENTALIST
Mr. Joseph W. Jean-Louis )
#23345-048 Pro Se )
LITIGANT NOT A REAL )
ATTORNEY VERSED IN )
LAW P.O. BOX 33 USP )
TERRE HAUTE
HAUTE INDIANA )
47808
PLAINTIFF

-V-

INDIAN POINT )
NUCLEAR REACTOR
NEW YORK STATE
NUCLEAR REGULATORY )
COMMISSION
ENVIRONMENTAL
PROTECTION AGENCY )
RESPONDENTS GOVERNOR
DEFENDENTS OF NEW YORK

CASE # TO BE
SUPPLIED BY
COURT CLERK

COMPLAINT
FOR GROSS
NEGLIGENCE
ALLEGED
ON
BEHALF OF
DEFENDENTS

RECEIVED APR 10 2012 PRO SE OFFICE

COMES NOW: THE PLAINTIFF,
INTO THIS HONORABLE U.S. DISTRICT
COURT SEEKING JUDICIAL
REVIEW OF THIS COMPLAINT

In the San Fernando Valley of California, just over the Hollywood Hills from Los Angeles a million people get their water supply from a thick alluvial aquifer of sand and gravel.

New York City should conduct random samplings of its water supply within a 50 mile radius of the Indian Point reactor as well every 72 hours at 42nd St subway station, Greyhound Bus Station, 34th St subway st, Wall St, City Hall subway station Manhattan, Borough Hall Bklyn, 34th St Amtrak station as well as testings of water at City Hall U.S. Courts and J.F.K. Airport

Radionuclides represent a special class of carcinogens. Certain isotopes of certain elements (among them, uranium, plutonium, radium, cesium, and iodine) are radioactive, that is, they spontaneously emit sub-atomic particles and electromagnetic radiation. It is now established beyond doubt that those radioactive emissions can cause cancer in living tissue. The environmental issues that arise from radioactive contamination are ~~so far~~ sufficiently different from those arising from chemical carcinogenesis

April 26th 1986 there was an accident. Explosion and fire at the Chernobyl nuclear power plant in Kiev Ukraine Russia this caused radiation to escape and leak causing contamination of

Sheep
Livestock
Water
People
Food
Crops
Soil.

As far away as Europe

Signed
mr Joe for
Date 3/27/12
Indiana

Respectfully
Submitted
Mr. Joe W. Jean-Wys
23345-048
P.O. Box 33 U.S.P.
Terre Haute Indiana

FURTHERMORE the GOVERNOR should CALL OUT the NATIONAL GUARD ARMED with SURFACE TO AIR MISSILES TO SHOOT DOWN ANY HI-JACKED PLANE OR OTHER AIRPLANE SEEKING TO CRASH INTO IT which WOULD CAUSE AN TO SAY the LEAST CATASTROPHIC INCIDENT WITH LOSS OF LIFE which WOULD PROBABLY CAUSE THE EVACUATION OF NEW YORK STATE CITIZENS IN AT LEAST A 50-100 MILE RADIUS OF the REACTOR AS WELL AS CONTAMINATE FOOD WATER PEOPLE

THAT the NUCLEAR REGULATORY COMMISSION SHOULD SHUT DOWN THE INDIAN POINT NUCLEAR REACTOR EVERY 45 FORTY-FIVE DAYS FOR THE REACTORS INSPECTION OF IT'S COOLING PONDS. ITS VALVES SAFETY-BACK-UP GENERATORS, URANIUM PELLET RODS ITS MODERATOR SYSTEM ALSO FOR THE REMOVAL OF THE FOLLOWING ITEMS OF THIS COMPLAINT FOR JUDICIAL REVIEW ALL OF THE FOLLOWING

# PRECAUTIONS WITH CHEMICALS

Volatile fluids are liquids which evaporate rapidly at relatively low temperatures. In this discussion, the term will be used to include pressurized gases "escaping" from their containers, in safety considerations. Two main types of fluids must be considered first, those which result in explosive vapors and second those which are toxic

explosive vapors, and second, those which are toxic

EXPLOSIVE VAPORS

Fuels, alcohol, painting materials and supplies, and many industrial gases produce potentially explosive vapors when allowed to accumulate in closed spaces.

The hazards relating to these large materials are associated with the flash point of the liquid.

All of the above for self explanatory reasons should never be in any containment building and should be a minimum of 500 yards outside of the reactor in another building

TO PREVENT AN ACCIDENT FURTHERMORE the INDIAN POINT NUCLEAR REACTOR AND ENVIRONMENTAL PROTECTION AGENCY should CONDUCT MOCK DISASTER DRILLS EVERY 90 NINETY DAYS AND THAT THE INDIAN POINT NUCLEAR REACTOR BE PATROLLED WITH AT LEAST 12 ONE DOZEN LAW ENFORCEMENT POLICE ARMED WITH GAS MASKS BULLET PROOF VESTS AUTOMATIC WEAPONS WALKIE TALKIES AND A FIRE DEPT TRUCK AT LEAST 01 TWO SHOULD BE AT LEAST POSTED TWO-MILES FROM THE INDIAN POINT REACTOR.

# CERTIFICATE OF SERVICE

I Joseph W. Jean-Louis do now submit this complaint for judicial review in no way is ment to be frivoulus nor overburden the court with unnessary legal cases, but is made from a concerned citizens as well as environmentalist perspective and that I have served all defendants in this case with exact copy's via U.S. mail with correct addresses and proper due amount of U.S. stamps postage

Respectfully Submitted
MR Joe W. Jean-Louis
23345-048
P.O. Box 33 USP
Terre Haute, Indiana